**E-FILED**
Thursday, 05 October, 2006  11:41:02 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>BRETT R. JARVIE<br>1414 FOLSON COURT<br>WHEATON, IL. 60817<br>Defendant | ) ) ) ) ) ) ) ) ) ) | WARRANT FOR ARREST<br><br>**FILED**<br>OCT 5 - 2006<br>JOHN M. WATERS, Clerk<br>U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF ILLINOIS<br><br>CASE NO. 06-10016-001 |

TO:   THE U. S. MARSHAL and any
      AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest Brett R. Jarvie, and bring him forthwith to the nearest magistrate judge to answer a petition charging him with violation of pretrial release in violation of Title 18, United States Code, Section(s) 3148(b).

Name of Issuing Officer
s/ Michael M. Mihm
MICHAEL M. MIHM

Title of Issuing Officer

6/14/06 at Peoria, IL.
Date and Location

**Bail fixed at $NO BOND by MICHAEL M. MIHM.**

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at Wheaton, Il

Date Received 6-16-6   Name of Arresting Officer K. Jackson
Date of Arrest 6-23-6  Title of Arresting Officer Chicago T.F. S.O

s/ U.S. Marshal